IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-129-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MICHAEL JUSTIN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL respond to defendant's pro se motion for return of property [D.E. 146] not later than November 10, 2026.

SO ORDERED. This 30 day of September, 2026.

JAMES C. DEVER III
United States District Judge