IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-129-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL JUSTIN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the United States' response in opposition [D.E. 150], the court DENIES defendant's motion regarding release of property [D.E. 146].

SO ORDERED. This 12 day of November, 2026.

J. Dever

JAMES C. DEVER III
United States District Judge